**LeClairRyan**
*A Professional Corporation*
One Riverfront Plaza
1037 Raymond Boulevard, 16th Floor
Newark, New Jersey 07102
(973) 491-3600
Attorneys for Plaintiff, Howard Johnson International, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| HOWARD JOHNSON INTERNATIONAL, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>BKD INVESTMENTS, LLC, a California Limited Liability Company,<br><br>Defendant. | Civil Action No. 13-cv-07574 (ES)(MAH)<br><br>**FINAL JUDGMENT BY DEFAULT** |

This matter having been opened to the Court by plaintiff, Howard Johnson International, Inc. ("HJI"), by its attorneys, LeClairRyan, seeking the entry of Final Judgment by Default against defendant, BKD Investments, LLC (the "Defendant"), pursuant to Fed. R. Civ. P. 55(b)(2); and it appearing that the Complaint in this matter was filed on December 16, 2013, seeking damages as a result of the breach of a license agreement between HJI and BKD Investments, LLC; and service of the Summons and Complaint having been effectuated with respect to Defendant by serving its authorized representative by mail on January 27, 2014; and it appearing that default was duly noted by the Clerk of the Court against Defendant on March 11, 2014 for its failure to plead or otherwise

defend in this action; and the Court having reviewed the papers; and good cause having been shown:

**IT IS** on this _____ day of _____, 2014,

**ORDERED, ADJUDGED, AND DECREED** that HJI have judgment against Defendant in the total amount of 639,258.79, comprised of the following:

a) $205,003.49 for liquidated damages (principal plus prejudgment interest);

b) $429,704.45 for Recurring Fees (principal plus prejudgment interest); and

c) $4,550.85 for attorneys' fees and costs.

_____
**HONORABLE ESTHER SALAS, U.S.D.J.**